# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IOAN SAS, ) | |
| ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Civil Action No. 10-cv-05795 |
| v. ) | |
| ) | |
| CONSUMER RECOVERY ) | |
| ASSOCIATES, LLC, ) | |
| ) | |
| ) | |
| DEFENDANT, ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Defendant herein by and through their attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, according to the terms contained in the Settlement Agreement and Release executed between the parties herein.

Dated: November 4, 2010        Respectfully submitted,

**THE LAW OFFICE OF M. KRIS KASALO**
By: s/Mario Kris Kasalo
Mario Kris Kasalo
Attorney I.D.# 6292190
111 East Wacker Drive, Suite 555
Chicago, IL 60601
Telephone: 773.847.2600
Facsimile: 773.847.0330
mkriskasalo@yahoo.com
**ATTORNEY FOR PLAINTIFF**

**SESSIONS, FISHMAN, NATHAN & ISRAEL LLP**
By: s/James K. Schultz
James K. Schultz

       55 W Monroe Street, Suite 1120
       Chicago, IL 60603
       Telephone: 312.578.0990
       Facsimile: 312.578.0991
       **ATTORNEY FOR DEFENDANT**

MKK/nd